# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

STEPHEN SHEPPLEMAN,

          Respondent

          v.

CITY OF CHESTER AGGREGATED
PENSION FUND,

          Petitioner

: No. 43 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.